JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONNA J. ALLEN,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. ED CV 15-01928-DFM<br><br>JUDGMENT |

     In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: September 30, 2016

                                                            DOUGLAS F. McCORMICK
                                                             United States Magistrate Judge